UNITED STATES v. A. A. VANTINE & CO.

(Circuit Court of Appeals, Second Circuit.  November 16, 1908.)

No. 54 (4,889).

CUSTOMS DUTIES (§ 43*)—CLASSIFICATION—GRANITE LANTERNS.

Japanese garden lanterns of granite, completed manufactured articles imported in separate pieces merely for convenience of shipment, have passed out of the class of "building or monumental stone, * * * hewn, dressed," etc., mentioned in Tariff Act July 24, 1897, c. 11, § 1, Schedule B, par. 118, 30 Stat. 159 (U. S. Comp. St. 1901, p. 1636), and are dutiable under section 6, 30 Stat. 205 (U. S. Comp. St. 1901, p. 1693), as unenumerated manufactured articles.

[Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 43.*]

Appeal from the Circuit Court of the United States for the Southern District of New York.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

For decision below, see 159 Fed. 289, reversing a decision by the Board of United States General Appraisers, which had overruled protests by the importers against the assessment of duty by the collector of customs at the port of New York. The assessment in question was made under Tariff Act July 24, 1897, c. 11, § 1, Schedule B, par. 118, 30 Stat. 159 (U. S. Comp. St. 1901, p. 1636), providing for "granite * * * and other building or monumental stone, * * * hewn, dressed, or polished."

D. Frank Lloyd, Asst. U. S. Atty.

Walden & Webster (Henry J. Webster, of counsel), for importers.

Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. We agree with Judge Martin in the conclusion that these Japanese ornamental garden lanterns are completed manufactured articles, brought here in separate pieces merely for convenience of shipment. They are made out of granite, hewn or dressed, but have passed out of the class of building or monumental stone into a class which is not covered by any paragraph of the tariff act, and should be classified under section 6 (Act July 24, 1897, c. 11, 30 Stat. 205 [U. S. Comp. St. 1901, p. 1693]) at 20 per cent. as unenumerated manufactured articles.

Decision affirmed.